IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRINCETON DIGITAL IMAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE DEPOT INC.,<br><br>Defendant. | C.A. No. 13-239 LPS |
| PRINCETON DIGITAL IMAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>J.C. PENNEY COMPANY, INC.,<br><br>Defendant. | C.A. No. 13-287 LPS |
| PRINCETON DIGITAL IMAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>QVC INC.,<br><br>Defendant. | C.A. No. 13-288 LPS |
| PRINCETON DIGITAL IMAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SEARS HOLDINGS COMPANY,<br><br>Defendant. | C.A. No. 13-289 LPS |

| | |
|---|---|
| PRINCETON DIGITAL IMAGE CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LIMITED BRANDS, INC.,<br><br>　　　　Defendant. | C.A. No. 13-326 LPS |
| PRINCETON DIGITAL IMAGE CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GAP INC.,<br><br>　　　　Defendant. | C.A. No. 13-330 LPS |
| PRINCETON DIGITAL IMAGE CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WILLIAMS-SONOMA INC.,<br><br>　　　　Defendant. | C.A. No. 13-331 LPS |
| PRINCETON DIGITAL IMAGE CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORP.,<br><br>　　　　Defendant. | C.A. No. 13-404 LPS |

|  |  |
|---|---|
| PRINCETON DIGITAL IMAGE CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>NORDSTROM.COM LLC, NORDSTROM.COM INC., and NORDSTROM INC.,<br><br>        Defendants. | C.A. No. 13-408 LPS |

## [PROPOSED] ORDER

At Wilmington, this 7th day of August, 2017:

Pursuant to this Court's Oral Orders of April 11, 2017 (C.A. No. 13-239 D.I. 183) and July 14, 2017 (C.A. No. 13-239 D.I. 212), IT IS HEREBY ORDERED that Princeton Digital Image Corporation ("PDIC") compensate Adobe Systems Incorporated ("Adobe") for attorneys' fees and related costs associated Mr. Meagher's second deposition and enforcement of the Court's April 11 order in the amount of $34,861. PDIC shall pay Adobe the full amount of this award by August 11, 2017.

                                                    _____
                                                   Honorable Leonard P. Stark
                                                   United States District Judge