IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRINCETON DIGITAL IMAGE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>NORDSTROM.COM LLC,<br>NORDSTROM.COM INC., AND<br>NORDSTROM INC.,<br><br>Defendants. | Civil Action No. 1:13-cv-00408-LPS |

### 7th [PROPOSED] ORDER

At Wilmington, this 7th day of August, 2017:

Pursuant to this Court's Memorandum Orders of August 16, 2016 (D.I. 106), January 27, 2017 (D.I. 177), and August 1, 2017 (D.I. 235), IT IS HEREBY ORDERED that Princeton Digital Image Corporation ("PDIC") compensate Adobe Systems Incorporated ("Adobe") for attorneys' fees and related costs associated with all default-related filings in the amount of $42,631.75. PDIC shall pay Adobe the full amount of this award by August 11, 2017.

_____
Honorable Leonard P. Stark
United States District Judge