# United States Court of Appeals for the Federal Circuit

---

**PRINCETON DIGITAL IMAGE CORPORATION,**
*Plaintiff - Cross-Appellant*

v.

**OFFICE DEPOT INC., J.C. PENNEY COMPANY, INC., QVC INC., SEARS HOLDINGS CORPORATION, LIMITED BRANDS INC., GAP, INC., WILLIAMS-SONOMA, INC., COSTCO WHOLESALE CORPORATION, NORDSTROM.COM LLC, NORDSTROM.COM INC., NORDSTROM INC.,**
*Defendants*

**ADOBE INC.,**
*Defendant - Appellant*

---

17-2597, 17-2598, 17-2600, 17-2602, 17-2605, 17-2606, 17-2609, 17-2611, 17-2612, 17-2627, 17-2628, 17-2629, 17-2630, 17-2631, 17-2632, 17-2633, 17-2634, 18-1006

---

Appeals from the United States District Court for the District of Delaware in case Nos. 1:13-cv-00239-LPS, 1:13-cv-00287-LPS, 1:13-cv-00288-LPS, 1:13-cv-00289-LPS, 1:13-cv-00326-LPS, 1:13-cv-00330-LPS, 1:13-cv-00331-LPS, 1:13-cv-00404-LPS, 1:13-cv-00408-LPS, Chief Judge Leonard P. Stark.

---

# JUDGMENT

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**DISMISSED**

        ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| <u>January 22, 2019</u> | <u>/s/ Peter R. Marksteiner</u> |
| | Peter R. Marksteiner |
| | Clerk of Court |