# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRINCETON DIGITAL IMAGE CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>OFFICE DEPOT INC.,<br><br>        Defendant. | C.A. No. 13-239 LPS |
| PRINCETON DIGITAL IMAGE CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>J.C. PENNEY COMPANY, INC.,<br><br>        Defendant. | C.A. No. 13-287 LPS |
| PRINCETON DIGITAL IMAGE CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>QVC INC.,<br><br>        Defendant. | C.A. No. 13-288 LPS |
| PRINCETON DIGITAL IMAGE CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>SEARS HOLDINGS COMPANY,<br><br>        Defendant. | C.A. No. 13-289 LPS |

RLF1 23010855v.1

| | |
|---|---|
| PRINCETON DIGITAL IMAGE CORPORATION,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LIMITED BRANDS, INC.,<br><br>　　　　　Defendant. | C.A. No. 13-326 LPS |
| PRINCETON DIGITAL IMAGE CORPORATION,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GAP INC.,<br><br>　　　　　Defendant. | C.A. No. 13-330 LPS |
| PRINCETON DIGITAL IMAGE CORPORATION,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WILLIAMS-SONOMA INC.,<br><br>　　　　　Defendant. | C.A. No. 13-331 LPS |
| PRINCETON DIGITAL IMAGE CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COSTCO WHOLESALE CORP.,<br><br>　　　　　Defendant. | C.A. No. 13-404 LPS |

2

RLF1 23010855v.1

| | |
|---|---|
| PRINCETON DIGITAL IMAGE CORPORATION,<br><br>   Plaintiff,<br><br>  v.<br><br>NORDSTROM.COM LLC, NORDSTROM.COM INC., and NORDSTROM INC.,<br><br>   Defendants. | C.A. No. 13-408 LPS |

## ADOBE INC.'S MOTION FOR RECONSIDERATION

Pursuant to the Court's February 4, 2020 Order (D.I. 305[1]), Intervenor Adobe Inc. ("Adobe") hereby respectfully moves for reconsideration of the Court's rulings on the scope of Adobe's recoverable damages and PDIC's privilege waiver. The basis for the Motion is set forth in the accompanying Memorandum in Support.

WHEREFORE, Adobe respectfully requests that the Court grant this motion and enter the proposed order attached hereto.

| | |
|---|---|
| | */s/ Kelly E. Farnan*<br>Kelly E. Farnan (#4395) |
| OF COUNSEL: | RICHARDS LAYTON & FINGER, P.A.<br>920 North King Street |
| Tara D. Elliott (#4483)<br>Tara.Elliott@lw.com<br>Rachel Weiner Cohen<br>Rachel.Cohen@lw.com<br>LATHAM & WATKINS LLP<br>555 Eleventh Street NW, Suite 1000<br>Washington, DC 20004 | Wilmington, DE 19801<br>(302) 651-7705<br>farnan@rlf.com<br><br>*Attorneys for Intervenor Adobe Inc.* |

Dated: February 28, 2020

---

[1] Unless otherwise noted, all docket numbers refer to the lead case, C.A. No. 13-239.

3

RLF1 23010855v.1